IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

RYAN W. POOLE, by his mother and
next friend, BARBARA ELLIOTT

    Plaintiff,

TEXTRON INC., et al.,

    Defendants

Civil Action No.: WMN 98-280

## ORDER

Defendant Textron, Inc. has filed Objections to the Memorandum Opinion and Order of Magistrate Judge Gauvey dated March 30, 2000 and while the Court is considering those Objections and Plaintiffs' Responses, if any, it is

ORDERED this 17th day of April, 2000 that the Order of Judge Gauvey dated March 30, 2000 which requires payment of attorneys fees and costs is stayed until such time as the Court has an opportunity to rule upon Defendant's Objections.

William M. Nickerson
United States District Judge