THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

MAY 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| RYAN W. POOLE, by his mother and next friend, BARBARA ELLIOTT, | * * |
| Plaintiff, | * |
| v. | *   Civil Action No. WMN-98-280 |
| TEXTRON, INC., *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Plaintiff's Opposition to Defendant Textron's Objections to Magistrate Judge's Order, it is this __3rd__ day of __May__, 2000, by the United States District Court for the District of Maryland,

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that the Clerk shall docket Plaintiff's Opposition to Defendant Textron's Objections to Magistrate Judge's Order as filed as of the date of this Order.

William M. Nickerson
United States District Court Judge

