# GOODELL, DEVRIES, LEECH & GRAY, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000
FACSIMILE (410) 783-4040

ANDREW GENDRON
AXG@GDLGLAW.COM
410-783-4014

WASHINGTON, D. C.
301-470-7244

11 May 2000

**VIA HAND DELIVERY**

Honorable William M. Nickerson
United States District Court for the District
 of Maryland
330 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE: **Poole v. Textron Inc., et al.**
          **Civil Action No. WMN 98-280**

Dear Judge Nickerson:

    During the conference call between the Court and counsel this past Tuesday, May 9th, Textron requested, and opposing counsel agreed, that Textron may await receipt and review of the settlement agreement ultimately reached between Plaintiff and Defendant Seek before it must file and serve its oppositions to the pending Motion to Strike Cross-Claim and Motion to Sever. Absent a Court order to the contrary, Textron's oppositions to those two motions would be due today. Textron asks that the Court accept this letter in lieu of a formal motion for extension under Local Rule 105.9. If the Court requires anything further, please so advise. Otherwise, I remain,

                        Respectfully,

AG/tdc
cc:    Dana Whitehead McKee, Esquire
        Richard E. Schimel, Esquire

"APPROVED" THIS 12th DAY OF May, 2000

UNITED STATES DISTRICT JUDGE