THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RYAN W. POOLE, by his mother and next friend, BARBARA ELLIOTT, | * <br> * |
| Plaintiff, | * |
| v. | * Civil Action No. WMN98-280 |
| TEXTRON, INC., et al., | * |
| Defendants. | * |

* * * * * * * * * * * * *

### ORDER APPOINTING GUARDIAN AND APPROVING MINOR'S CLAIM

Upon consideration of Plaintiff and Defendant Daniel Seek's request to appoint Barbara Elliott as guardian of the estate for Ryan Poole, a minor, born on March 12, 1985, and approve the terms of the settlement agreement reached between these parties, and having found that:

(1) It is in the best interest of the minor that said claim against Defendant Daniel Seek be compromised and settled for the amount of $425,000;

(2) In a certain settlement/release agreement executed by the parties, they agreed that Defendant Seek shall make certain periodic payments as set forth herein;

(3) Defendant Seek's liability insurance carrier, State Farm Insurance Company, in its sole discretion shall have the option to assign the obligation to make such payments to SAFECO Assigned

Benefits Service Company (hereinafter referred to as the "Assignee") and that in the event of such an assignment Plaintiff shall accept the assignment as a substitution and novation of Defendant Daniel Seek, so that Defendant Seek shall thereafter have no further liability to make said payments; and

(4) The obligation to make the periodic payments set forth in the settlement/release agreement will be assigned to and assumed by the Assignee pursuant to a certain assignment agreement (a copy of which is attached hereto and made a part hereof by reference);

IT IS this 25th day of July, 2000, by the United States District Court for the District of Maryland,

ORDERED that Barbara Elliott shall be the guardian of the estate of Ryan W. Poole, a minor; and it is further

ORDERED that the settlement agreement reached between Plaintiff and Daniel Seek whereby Mr. Seek has agreed to pay the sum of $425,000 as full settlement of the claims alleged against him by Plaintiff be and is hereby APPROVED; and it is further

ORDERED that out of Plaintiff's portion of the settlement proceeds, $8,000 shall be used by Plaintiff's mother and legal guardian, Barbara Elliott, for the purpose of purchasing a computer, educational software, and a used car for Ryan; and it is further

ORDERED that as compensation for the personal injuries sustained by Plaintiff Ryan W. Poole, a minor, which are and will be of a continuing nature in the years of his minority and majority, periodic payments shall be paid as the proceeds of the settlement pursuant to the attached Addendum No. 1; and it is further

ORDERED that to provide the payments illustrated in Addendum No. 1, State Farm Insurance Company shall pay forthwith to the Assignee the sum of $133,831.67.

                                                          William M. Nickerson
                                                         United States District Court Judge

## Addendum No. 1
### Description of Periodic Payments

a)   to Ryan W. Poole, the sum of $968.56 on the twelfth day of each and every month beginning March 12, 2003 and continuing for the life of Ryan W. Poole.  These payments are guaranteed for a period of twenty (20) years; thus should Ryan W. Poole die before February 12, 2023, then any remaining payments set forth in this paragraph (a) shall instead be paid, when due, to his estate or his designated beneficiary through and including the payment due February 12, 2023.  Should Ryan W. Poole die after March 12, 2023, the payments shall then cease.