IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RYAN POOLE,

v.  :  Civil Action No. WMN-98-280

TEXTRON INC., et al.

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 25th day of July, 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant Textron's Objections to the Magistrate Judge's Order (Paper No. 118) are hereby OVERRULED;

2. That Defendant Textron's motion for leave to file its reply to Plaintiff's response to Textron's objections to Magistrate Judge's order (Paper No. 130) is hereby GRANTED; and

3. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

_____
William M. Nickerson
United States District Judge