LAW OFFICES
BUDOW AND NOBLE
SUITE 600, BETHESDA GATEWAY BUILDING
7201 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

ALLAN A. NOBLE
MICHAEL J. BUDOW
RICHARD E. SCHIMEL
WALTER E. GILLCRIST, JR.
ANNE KELLEY HOWARD
PAMELA RANDI JOHNSON
J. CHARLES SZCZESNY*
LAURA BASEM JACOBS
MICHAEL B. KRACKOV
ERICKA L. KLEIMAN*
JASON J. HINTON*

*MARYLAND ONLY

(301) 654-0896
FAX (301) 907-9591
E-MAIL budownoble@aol.com

HOWARD COUNTY OFFICE
3716 COURT PLACE, SUITE 400
ELLICOTT CITY, MARYLAND 21043
(410) 461-3322
FAX (410) 461-4824

PRACTICING IN MARYLAND
AND THE DISTRICT OF COLUMBIA

OF COUNSEL
JEAN L. BETZ

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -9 P 12: 34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

July 27, 2000

The Honorable William M. Nickerson
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201-2691



JUDGE WILLIAM M. NICKERSON

    Re:    *Ryan W. Poole v. Textron, Inc., et al.*
           Civil Action No.:    WMN98-280

Dear Judge Nickerson:

    I have just received a copy of the Order Appointing Guardian and Approving Minor's Claim signed by you on July 25, 2000. This Order was submitted at a time when the parties had tentatively agreed to have Ryan Poole's annuity funded by SAFECO. Since that time, Daniel Seek's insurance carrier, State Farm Fire and Casualty Company, required that the annuity be purchased through State Farm Life Insurance Company. It was for this reason that a revised Release was prepared and executed by the parties thereto on June 12, 2000. A copy of that revised Release was attached to the Joint Response to Show Cause Order filed in this case on June 23, 2000. Included with that pleading was a revised Order reflecting the terms of the agreement actually entered into between the parties. For your benefit, I am enclosing a copy of that proposed Order with this correspondence.

    Under the circumstances, it would be greatly appreciated if you could strike the Order of July 25, 2000, and sign either the original or the enclosed copy of the Order, which more accurately reflects the terms of settlement.

    Thank you for your anticipated cooperation. Should you require a formal Motion concerning this issue, please advise and we will prepare one for your benefit.

APPROVED THIS 9th DAY
OF August, 00
_____
UNITED STATES DISTRICT JUDGE

Very truly yours,

BUDOW AND NOBLE, P.C.

Richard E. Schimel

RES:pab
cc:    Dana McKee, Esquire
        Andrew Gendron, Esquire