THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -9 P 12: 37

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| RYAN W. POOLE, by his mother and next friend, BARBARA ELLIOTT, | \* | |
| Plaintiff, | \* | |
| v. | \* | Civil Action No. WMN98-280 |
| TEXTRON, INC., et al., | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Joint Response to Show Cause Order and having found good cause to approve the settlement entered into between Plaintiff and Defendant Daniel Seek, it is this 9th day of August, 2000, by the United States District Court for the District of Maryland,

ORDERED that the settlement agreement reached between Plaintiff and Daniel Seek whereby Mr. Seek has agreed to pay the sum of $425,000 as full settlement of the claims alleged against him by Plaintiff be and is hereby APPROVED; and it is further

ORDERED that out of Plaintiff's portion of the settlement proceeds, $8,000 shall be held in trust by Plaintiff's mother, Barbara Elliott, for the purpose of purchasing a computer, educational software, and a used car for Ryan; and it is further

ORDERED that as compensation for the personal injuries sustained by Plaintiff Ryan W. Poole, a minor, which are and will be of a continuing nature in the years of his minority and majority, periodic payments shall be paid as the proceeds of the settlement pursuant to the attached Addendum No. 1; and it is further

ORDERED that to provide the payments illustrated in Addendum No. 1, State Farm Fire and Casualty Insurance Company shall purchase an annuity from State Farm Life Insurance Company, but that the purchase of said annuity shall not relieve State Farm Fire and Casualty Company from its obligation to make these periodic payments if not made by State Farm Life Insurance Company; and it is further

ORDERED that the payment of attorneys' fees and costs in the amount of $141,666.67 shall be paid out of the settlement; and it is further

ORDERED that $5,636.76 shall be paid to Virginia Medicaid; and it is further

ORDERED that $50,000 of the settlement proceeds shall be held in escrow by Brown, Goldstein & Levy, LLP for the payment of additional expenses and/or attorneys' fees; and it is further

ORDERED that if at the final conclusion of this case any escrow funds remain after the payment of all attorneys' fees and

expenses, the balance should be paid to Ms. Elliott, if Plaintiff has not reached the age of majority, to be held in trust for Ryan W. Poole until he reaches the age of eighteen (18); and it is further

ORDERED that Barbara Elliott shall not be required to file an inventory or annual accounting for the money that she holds in trust for her son, Ryan W. Poole.

_____
William M. Nickerson
United States District Court Judge