THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -5 P 12: 09

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| RYAN W. POOLE, by his mother and next friend, BARBARA ELLIOTT, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN98-280 |
| TEXTRON, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Motion to Dismiss Plaintiff's Claims Against Defendant Daniel Seek with Prejudice, and any opposition thereto, it is this 5th day of September, 2000, by the United States District Court for the District of Maryland,

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that all claims asserted by Plaintiff against Daniel Seek in Plaintiff's Complaint and any amendments thereto be and are hereby dismissed with prejudice.

_____
William M. Nickerson
United States District Court Judge