

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RYAN W. POOLE, by his mother :
and next friend, BARBARA ELLIOTT :
　　　　　　　　　　　　　　　　　　 :
v.　　　　　　　　　　　　　　　　　 : Civil Action WMN-98-280
　　　　　　　　　　　　　　　　　　 :
TEXTRON INC., et al.　　　　　　　 :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 5th day of October 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant Textron's Motion for Reconsideration (Paper No. 152) is hereby GRANTED in part and DENIED in part, in that the previous Order of the Court (Paper No. 150) is amended to permit Plaintiff and Textron to litigate the issue of Defendant Seek's liability during trial; and

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

　　　　　　　　　　　　　　　　　　／s／ William M. Nickerson
　　　　　　　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　　　　　　　United States District Judge