FILED
DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT   FEB 21  P 12:06
FOR THE DISTRICT OF MARYLAND
Northern Division                    CLERK'S OFFICE

RYAN W. POOLE, by his mother and        *
next friend, BARBARA ELLIOTT
                                        *    Civil Action No. WMN98-280
          Plaintiff,                         ___FILED  ___ENTERED
                                             ___LODGED ___RECEIVED
                                        *
v.
                                             FEB 22 2001
TEXTRON, INC., et al.,                              *
                                             AT BALTIMORE
                                        CLERK U.S. DISTRICT COURT
          Defendants     BY              DISTRICT OF MARYLAND
                                                        DEPUTY
                                        *

**UNOPPOSED MOTION FOR LEAVE TO FILE
ANSWER TO SECOND AMENDED COMPLAINT**

Defendant Textron Inc. ("Textron"), by its attorneys, Andrew Gendron, Thomas M. Goss, and Goodell, DeVries, Leech & Gray, LLP, hereby moves the Court for leave to file the proposed Answer to Second Amended Complaint attached hereto as Exhibit A, and for reasons states the following:

1. On September 9, 1999, Plaintiff sought leave of Court to file a Second Amended Complaint. Textron timely opposed that motion and moved for summary judgment on Plaintiff's claim for punitive damages.

2. On June 28, 2000, the Court issued its Memorandum Opinion and Order denying Textron's Motion for Summary Judgment on Plaintiff's claim for punitive damages and granting Plaintiff leave to file the Second Amended Complaint. The Memorandum Opinion and Order did not specify a date by which Textron was required to answer the Second Amended Complaint. However, Rule 15 of the Federal Rules of Civil Procedure provides that a party shall plead in



GRANTED   22nd
February    01
[signature]