

**Brown Goldstein Levy** LLP

520 West Fayette St.
Suite 300
Baltimore, Maryland 21201
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

E-mail: dfg@browngold.com

March 8, 2001

**VIA FACSIMILE: 410-962-2577**
The Honorable William M. Nickerson
United States District Court
for the District of Maryland
Room 330
101 W. Lombard Street
Baltimore, Maryland 21201-2691

    Re:    <u>Ryan W. Poole v. Textron, Inc., et al.</u>
              Civil Action No. WMN98-280

Dear Judge Nickerson:

    I am writing to request permission to bring 2 screw drivers into the courthouse on Monday, March 19, 2001. These screw drivers will be used in assembling trial exhibits in the above-captioned case.

    Thank you for your consideration of this matter.

                               Very truly yours,

                               Daniel F. Goldstein

DFG/dma

Approved:

_____
William M. Nickerson,
U.S. District Court Judge

**Brown, Goldstein & Levy, LLP**

The Honorable William M. Nickerson
March 8, 2001
Page 2

---

cc:  Matthew T. Murnane, Esquire
     Thomas M. Goss, Esquire