**Brown Goldstein Levy** LLP

520 West Fayette St.
Suite 300
Baltimore, Maryland
21201
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

E-mail: dfg@browngold.com

March 9, 2001

**VIA FACSIMILE: 410-962-2577**
The Honorable William M. Nickerson
United States District Court
for the District of Maryland
Room 330
101 W. Lombard Street
Baltimore, Maryland 21201-2691

Re:   Ryan W. Poole v. Textron, Inc., et al.
      Civil Action No. WMN98-280

Dear Judge Nickerson:

I am writing to request permission to bring 2 screw drivers into the courthouse on Monday, March 12, 2001. These screw drivers will be used in assembling trial exhibits in the above-captioned case.

Thank you for your consideration of this matter.

Very truly yours,

Daniel F. Goldstein

DFG/dma

Approved:

_____ 3/9/01
William M. Nickerson,
U.S. District Court Judge

cc:   Matthew T. Murnane, Esquire
      Thomas M. Goss, Esquire

Law Offices
# BROWN, GOLDSTEIN & LEVY, LLP
The Maryland Bar Center
Suite 300
520 West Fayette Street
Baltimore, Maryland 21201
(410) 962-1030
Fax (410) 385-0869

## FAX COVER SHEET

**TO:** The Honorable William M. Nickerson

**FAX NO.:** 410-962-2577

**FROM:** Daniel F. Goldstein

**DATE:** March 9, 2001

**NUMBER OF PAGES (including cover page):** 2

---

Message:

Please call if you have any problems receiving this fax. Thank you.

3359/ELLIOTT

---

CONFIDENTIALITY NOTICE

This facsimile contains confidential information that may also be legally privileged and that is intended only for the use of the Addressee(s) named above. If you are not the intended recipient or the agent responsible for delivering it to the intended recipient, please be advised that any dissemination or copying of this facsimile, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return it to us. Thank you.