**Bro...**
**Goldstein**
**Levy** LLP

520 West Fayette St.
Suite 300
Baltimore, Maryland
21201
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

E-mail: dfg@browngold.com

March 13, 2001

<u>*VIA FACSIMILE: 410-962-2577*</u>
The Honorable William M. Nickerson
United States District Court
for the District of Maryland
Room 330
101 W. Lombard Street
Baltimore, Maryland 21201-2691

    Re:    <u>Ryan W. Poole v. Textron, Inc., et al.</u>
           Civil Action No. WMN98-280

Dear Judge Nickerson:

    I am writing to request permission to bring an electric drill into the courthouse on Wednesday, March 14, 2001. This will be used in assembling trial exhibits in the above-captioned case.

    Thank you for your consideration of this matter.

                      Very truly yours,

                      Daniel F. Goldstein

DFG/dma

Approved:

_____
William M. Nickerson,   3/13/01
U.S. District Court Judge