IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RYAN W. POOLE, by his mother and next friend, BARBARA ELLIOTT <br><br> Plaintiff, <br><br> TEXTRON, INC., et al., <br><br> Defendants | * <br> * <br> * <br> * <br> *   Civil Action No.: WMN 98-280 <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please withdraw the appearance of Sidney G. Leech and Andrew Gendron on behalf of Defendant Textron Inc. Thomas M. Goss, Matthew T. Murnane, and Goodell, DeVries, Leech & Dann, LLP, will remain as counsel.

Respectfully submitted,

_/s/ Thomas M. Goss_
Thomas M. Goss
Matthew T. Murnane
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

**Attorneys for Textron Inc.**

APPROVED THIS 12th DAY OF March, 2001

_/s/ signature_
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of March, 2001, a copy of the foregoing Motion to Withdraw Appearance of Counsel was hand-delivered to Daniel Goldstein and Dana W. McKee, Brown, Goldstein & Levy, LLP, 520 W. Fayette Street, Suite 300, Baltimore, Maryland 21201, attorneys for Plaintiff.

_____
Thomas M. Goss