IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RYAN POOLE                    *
     Plaintiff
                        *

v.                                     Case No. WMN-98-280
                        *

TEXTRON, INC.
     Defendant              ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the plaintiff, **Ryan Poole**, against the defendant, **Textron, Inc**, it is this   23rd   day of   March  , 20 01 ,

**ORDERED**,

1.    Judgment is entered in favor of **Ryan Poole** against **Textron, Inc**, in the amount of $53,000.00 for past medical expenses and $23,000.00 for future medical expenses; and

2.    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

                                                        _____
                                                        WILLIAM M. NICKERSON
                                                        United States District Judge

27