```
                                              ____FILED      ____ENTERED
                                              ____LODGED     ____RECEIVED

                                                   JUL 2 6 2001
                                                     AT BALTIMORE
                                              CLERK U.S. DISTRICT COURT
                                                DISTRICT OF MARYLAND
                                              BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

RYAN W. POOLE, by his mother        :
and next friend, BARBARA ELLIOTT    :
                                    :
v.                                  :  Civil Action WMN-98-280
                                    :
TEXTRON INC., et al.                :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 26th day of July 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Motion to Review the Clerk's Decision Regarding His Bill of Costs (Paper No. 198) is hereby GRANTED in part and DENIED in part, in that Plaintiff is hereby awarded additional costs in the amount of $987.90; and

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

_____
William M. Nickerson
United States District Judge

